UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE FIGUEROA, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>   -against-<br><br>FABRIC.COM, INC.,<br><br>      Defendant. | Case No. 1:19-cv-03269-JMF<br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
    August 26, 2019

| | |
|---|---|
| Cohen & Mizrahi LLP | Davis Wright Tremaine LLP |
| By: _____ | By: _____ |
| Joseph H. Mizrahi | Christopher L. Donati |
| 300 Cadman Plaza West, 12th Fl. | 1251 Avenue of the Americas, 21st Floor |
| Brooklyn, New York 11201 | New York, NY 10020 |
| joseph@cml.legal | chrisdonati@dwt.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED.

August 27, 2019